UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARTHUR RUTENBERG
HOMES, INC., etc., et al.,

    Plaintiffs,

v.                                              No.3:07-cv-210-J-12HTS

JACOB NOBLES, etc., et al.,

    Defendants.

## ORDER

This cause is before the Court on Plaintiff's Motion for Summary Judgment (Doc. 37), filed March 21, 2008. In response to the Court's Order to Show Cause (Doc. 44), Defendants Jacob Nobles and Gloria Nobles have advised the Court that they do not object to the dismissal of their counterclaim for defamation inasmuch as there is insufficient evidence to support further pursuit of the claim. See Doc. 45. Accordingly, it is

**ORDERED AND ADJUDGED:**

That Plaintiff's Motion for Summary Judgment (Doc. 37) is deemed moot and the Counterclaim (Doc. 12) of Defendants Jacob Nobles and Gloria Nobles for defamation is dismissed with prejudice.

**DONE AND ORDERED** this ___7th___ day of May 2008.

*Howell W. Melton*
Senior United States District Judge

Copies to:
Counsel of Record